## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| **SKYE MUSSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO.** 4:22-cv-124 |
| | ) |
| **SHALENA COOK JONES, in her** | ) |
| **individual and official capacities** | ) |
| **CHATHAM COUNTY, GEORGIA;** | ) |
| **and the PROSECUTING** | ) |
| **ATTORNEY'S COUNCIL OF** | ) |
| **GEORGIA,** | ) |
| **Defendants.** | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441, 1443(2), 1446(a), 1446(b) and Rule 81(c) of the Federal Rules of Civil Procedure, Defendants Shalena Cook Jones, Chatham County, Georgia, and the Prosecuting Attorney's Council, (collectively "Defendants"), file this Notice of Removal of the instant action from the Superior Court of Chatham County, Georgia where it is now pending, to the United States District Court for the Southern District of Georgia, Savannah Division, and show the Court as follows:

1

1.

On or about April 7, 2022, Plaintiff filed her Complaint in the Superior Court of Chatham County, Georgia, Civil Action File Number SPCV22-00425.

2.

Defendant Chatham County filed a waiver of service on or about April 21, 2022.   Defendant Prosecuting Attorney's Council filed a Waiver of Service on or about May 6, 2022.

3.

The Complaint asserts a cause of action against Defendants alleging violations of the United States Constitution; specifically, "claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §12112, and 42 U.S.C.§1983."

4.

This court has original jurisdiction of this matter concurrent with the original jurisdiction of the state court and this matter is removable pursuant to the provisions of 28 U. S. C. §§ 1331 and 1441 (a).

5.

Additionally, there is supplemental jurisdiction regarding the other claims in this action pursuant to 28 U.S.C. §1367.

2

6.

This Notice of Removal is timely in that it is filed within thirty (30) days of service of the Complaint. Defendants have complied with all conditions precedent to removal.  All Defendants consent to removal.

7.

True and correct copies of all process, pleadings and orders served in this action are attached hereto as Exhibit "A", as required by 28 U.S.C. §1446(a).

Respectfully submitted this 11th day of May, 2022.

Respectfully Submitted,

/s/ Reginald C. Martin
**REGINALD C. MARTIN**
Assistant County Attorney
Georgia Bar No. 473277
(912)652-7893 direct dial
rmartin@chathamcounty.org

CONSENTED TO:

/s/ G. Todd Carter
G. Todd Carter
Brown, Readdick, Bumgartner,
Carter, Strickland & Watkins, LLP
P. O. Box 220
Brunswick, GA   31521-0220
(912) 264-8544
tcarter@brbcsw.com
Attorney for Defendant Prosecuting Attorney's
  Council of Georgia

3

*s/ Sean Keenan*
Sean Keenan
Georgia Bar No. 523871
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092
(678) 684-2154
skeenan@cmlawfirm.com
*Attorney for Defendant Shalena Cook Jones*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| **SKYE MUSSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO.** _____ |
| | ) |
| **SHALENA COOK JONES, in her** | ) |
| **individual and official capacities** | ) |
| **CHATHAM COUNTY, GEORGIA;** | ) |
| **and the PROSECUTING** | ) |
| **ATTORNEY'S COUNCIL OF** | ) |
| **GEORGIA,** | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing pleading via the Court's E-file service and email to the following counsel of record:

Anita K. Balasubramanian
J. Kyle Brooks
Bucklwey, Beal, LLP
600 Peachtree Street, NE
Suite 3900
Atlanta, GA 30308
Attorney for Plaintiff

G. Todd Carter
Brown, Readdick, Bumgartner,
Carter, Strickland & Watkins, LLP
5 Glynn Avenue
P. O. Box 220
Brunswick, GA  31521-0220

5

tcarter@brbcsw.com
Attorney for Defendant Prosecuting Attorney's
  Council of Georgia

Sean Keenan
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092
skeenan@cmlawfirm.com
Attorney for Defendant Shalena Cook Jones

This 11th day of May 2022.

Respectfully Submitted,

*/s/ Reginald C. Martin*
**REGINALD C. MARTIN**
Assistant County Attorney
Georgia Bar No. 473277
(912)652-7893 *direct dial*
rmartin@chathamcounty.org

OFFICE OF THE COUNTY ATTORNEY
CHATHAM COUNTY
PO BOX 8161
124 BULL STREET, SUITE 230
SAVANNAH, GA 31412

6