# EXHIBIT "B"

# Edward Greenblat

| | |
|---|---|
| **From:** | Sean Keenan |
| **Sent:** | Monday, April 10, 2023 3:38 PM |
| **To:** | Edward Greenblat |
| **Subject:** | FW: Meeting re: Depo |

**Sean Keenan**
D: 678.684.2154
O: 404.881.2622

**From:** Emma Washington <ewashington@chathamcounty.org>
**Sent:** Monday, April 10, 2023 3:38 PM
**To:** Sean Keenan <skeenan@cmlawfirm.com>
**Subject:** RE: Meeting re: Depo

Dear Sean,

As discussed, I am lead counsel in the matter of State v. Tyrone Glover, SPCR21-00383-J6. Defendant is charged with rape and the trial is pending before Superior Court Judge Tammy Stokes. Unlike most other cases in my office, I am trying this case personally as lead counsel. We began jury selection last Tuesday. Though I'd hoped we would be done by Friday, we are still in the State's main case. I am on my final witness and hoped to rest this afternoon, but at present we are on recess until 4:30 due to an unexpected evidentiary matter. We may go late this evening, but even so the defense won't open its case until 10am tomorrow after the charging conference. With their four witnesses, cross examination, jury charging and closing arguments, I doubt we will be done by 1pm. I'm very sorry about this, but as you know, the Court controls the schedule, and this is completely out of my control. At the time this deposition was scheduled, I thought there would be someone else in place to try it, but our incoming sexual assault prosecutor (who was scheduled to start in early April) will not arrive until April 17th. So, I had to step in.

I will make myself available for deposition at my earliest opportunity. I apologize in advance for any inconvenience to the court and counsel.

Respectfully,
DA Jones

# EXHIBIT "B"