# EXHIBIT "A"

# SUPERIOR COURT
## Tuesday, April 4, 2023
## CR - JURY TRIAL
### April 4, 2023

9:00 o'clock AM  
Courtroom 2C

Tammy Stokes,  
Judge Presiding

| 1 | SPCR21-00383-J6 <br> **Jury Trial** <br> State of Georgia <br> vs <br> Tyrone Vincent Glover | *State Attorney* <br> Jones, Shalena Cook <br><br> *Defendant Attorney* <br> Turner, Kelly Lynn | 1. Rape <br> 2. Rape |
|---|---|---|---|
|   |   | **Related Cases:** SPUN20-01110-J2 Tyrone Vincent Glover (Related Case) | |

# EXHIBIT "A"

# SUPERIOR COURT
## Monday, April 10, 2023
## CR - JURY TRIAL
### April 10, 2023

9:00 o'clock AM
Courtroom 2C

Tammy Stokes, Judge Presiding

| # | Case | Attorneys | Charges |
|---|------|-----------|---------|
| 1 | **SPCR21-00383-J6** <br> **Jury Trial** <br> State of Georgia <br> vs <br> Tyrone Vincent Glover | *State Attorney* <br> Jones, Shalena Cook <br><br> *Defendant Attorney* <br> Turner, Kelly Lynn <br><br> **Related Cases:** SPUN20-01110-J2 Tyrone Vincent Glover (Related Case) | 1. Rape <br> 2. Rape |