## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

|  |  |
|---|---|
| SKYE MUSSON, | |
| Plaintiff, | CIVIL ACTION NO.: 4:22-cv-124 |
| v. | |
| SHALENA COOK JONES; CHATHAM COUNTY, GEORGIA; and PROSECUTING ATTORNEY'S COUNCIL OF GEORGIA , | |
| Defendants. | |

### ENTRY OF DEFAULT

Pursuant to the Court's Order dated October 26, 2023, granting in part Plaintiff's Motion for Sanctions, (doc. 88), and striking Defendant Cook Jones' Answer to the Complaint, (doc. 11), and her Answer to the Amended Complaint, (doc. 34),

**DEFAULT** is hereby entered against Defendant Cook Jones.

This 26th day of October, 2023.



JOHN E. TRIPLETT, CLERK OF COURT

By: */s/  Pam Hammock*
    Deputy Clerk