- 1 -

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **SKYE MUSSON** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | |
| **SHALENA COOK JONES, in her** ) | **Civil Action No.** |
| **individual and official capacities;** ) | **4:22-CV-00124-RSB-CLR** |
| **CHATHAM COUNTY, GEORGIA;** ) | |
| **and the PROSECUTING** ) | |
| **ATTORNEYS' COUNCIL OF** ) | |
| **GEORGIA** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT SHALENA COOK JONES' NOTICE OF APPEAL

Notice is hereby given, in accordance with Federal Rules of Appellate Procedure, that the Defendant SHALENA COOK JONES, in her individual and official capacity, appeals to the United States Court of Appeals for the Eleventh Circuit the October 26, 2023 Order (Doc. 97) entered by the U.S. District Court for the Southern District of Georgia overruling Cook Jones' Motion to Set Aside and Objections to Orders Denying Defendant Shalena Cook Jones' Emergency Motions to Reschedule her Deposition and for Reconsideration, granting in part Plaintiff Skye Musson's Motion for Sanctions Striking Defendant Shalena Cook Jones' Answer and Entering Default Judgment, and granting Plaintiff's Motion for Sanctions striking Cook Jones' Answer and entering default against her.

- 2 -

    Respectfully submitted this 22nd day of November, 2023.

                                **Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

                                */s/ Sean Keenan*

                                Sean Keenan
                                Georgia Bar No. 523871
                                Email:  skeenan@cmlawfirm.com
                                Direct Dial:  404-881-2622

                                Edward Greenblat
                                Georgia Bar No. 482735
                                Email:  egreenblat@cmlawfirm.com
                                Direct Dial:  678-684-1759

                                *(Attorneys for Defendant Cook Jones)*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092

## **CERTIFICATE OF COMPLIANCE WITH L.R. 7.1**

The undersigned attests that this document was prepared in Times New Roman, 14-point font that complies with this Court's Rules.

This 22nd day of November 2023.

                                     **Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

                                     */s/ Sean Keenan*
                                     Sean Keenan
                                     Georgia Bar No. 523871

{SECURE Firm/1351/00001/DRAFTS/04338929.DOCX }

- 4 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the within and foregoing **DEFENDANT SHALENA COOK JONES' NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF file and serve system, which will serve an electronic copy of same upon all counsel of record, as follows:

| | |
|---|---|
| Anita K. Balasubramanian | G. Todd Carter |
| Joshua K. Brooks | Brown, Readdick, Bumgartner, |
| Buckley Bala Wilson Mew LLP | Carter, Strickland & Watkins, LLP |
| 600 Peachtree St., NE, Ste. 3900 | P.O. Box 220 |
| Atlanta, GA 30308 | 5 Glynn Ave. |
| abala@bbwmlaw.com | Brunswick, GA 31521-0220 |
| kbrooks@bbwmlaw.com | tcarter@brbcsw.com |
| *(Attorneys for Plaintiff)* | *(Attorneys for Prosecuting Attorney's Council of GA)* |
| | |
| Reginald C. Martin | Ralph Jonathan Hart |
| Law Office of Reginald C. Martin LLC | Hart & Associates Law Firm, LLC |
| 508 N. Main St., Ste. B5 | 6349 Abercorn St., Ste. D |
| Hinesville, GA 31313 | Savannah, GA 31405 |
| rmartin@chathamcounty.org | rjhart@chathamcounty.org |
| *(Attorneys for Chatham County, GA)* | *(Attorneys for Chatham County, GA)* |

This 22nd day of November 2023.

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

*/s/ Sean Keenan*
Sean Keenan
Georgia Bar No. 523871