IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SKYE MUSSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | |
| ) | 4:22-cv-00124-RSB-CLR |
| SHALENA COOK JONES, in her individual ) | |
| and official capacities; CHATHAM ) | |
| COUNTY, GEORGIA; and the ) | JURY TRIAL DEMANDED |
| PROSECUTING ATTORNEYS' COUNCIL ) | |
| OF GEORGIA, ) | |
| ) | |
| Defendants. ) | |

## STATUS REPORT

With the discovery period having now concluded in the above captioned case, the Parties make the following report to the Court.

I. **DISCOVERY**

    A. Is all discovery completed in this case?

        ☐ Yes        ☒ No

- If "No", please list what discovery is remaining:

**Although discovery is complete, Plaintiff was unable to take the deposition of Defendant Shalena Cook Jones during discovery. Plaintiff reserves the right to request any relief necessary as to Cook Jones' testimony in any future trial on damages.**

    B. Are there any discovery issues which have been or will be brought before the Court for resolution?

        ☒ Yes        ☐ No

- If "Yes", please briefly explain:

**Plaintiff raised discovery disputes regarding Defendant Cook Jones' appearance at her deposition with the Court, which were addressed by the Court in its recent order dated October 26, 2023. (Doc. 97).**

## II.     SETTLEMENT

A. Have the parties made efforts to resolve this case?

☒ Yes        ☐ No

- If "Yes", please explain those efforts:

**Plaintiff sent an initial demand letter and raised the possibility of settlement with Defendants earlier on in the case, prior to the entry of default against Shalena Cook Jones. Following this Court's order of default against Cook Jones (Doc. 97), Plaintiff agreed to drop Defendants Chatham County ("County") and Prosecuting Attorneys Council of Georgia ("PAC") only from this suit pursuant to Fed. R. Civ. Proc. 21. Accordingly, the County, PAC, and Plaintiff jointly filed a Motion to Drop the County and PAC (Doc. 100). Plaintiff remains open to discussing the possibility of resolution with Defendant Cook Jones prior to seeking summary judgment.**

B. Are the parties prepared to discuss settlement of this case with the Court at this time?

☒ Yes        ☐ No

- If "No", please explain:

Click here to enter text.

C. Are there any third parties and/or lien holders that should be included in any settlement discussions for this case?

☒ Yes        ☐ No

- If "Yes", please list those parties:

**Georgia Department of Administrative Services – insurer for claims against Cook Jones and her office**

D. The Parties propose the following agreed upon dates, prior to the deadline for filing motions, for conducting a status conference.  (*Please provide several dates for the Court's consideration in scheduling.  Regardless of whether the Parties seek to discuss*

2

*settlement, the Court may require that each party have a representative with full settlement authority present*.)

December 19, 21-22, December 27-30, January 2-6

### III.   MOTIONS

A.   The Plaintiff(s) anticipate filing the following Motions:

- ☐   None
- ☒   Motion for Summary Judgment
- ☐   Motion to Exclude Expert Testimony
- ☐   Other Motion(s) (Except for Motions in Limine), please explain:

    Click here to enter text.

B.   The Defendant(s) anticipate filing the following Motions:

- ☐   None
- ☒   Motion for Summary Judgment **(PAC and County)**.
- ☐   Motion to Exclude Expert Testimony
- ☐   Other Motion(s) (Except for Motions in Limine), please explain:

**If the Court does not grant the parties' motion to drop the County and PAC, these Defendants will move for summary judgment.**

### IV.   ADDITIONAL MATTERS

If there are any other matters regarding this case that the Parties seek to bring to the Court's attention at this time, please briefly explain:

**Defendant Shalena Cook Jones has filed a notice of appeal of the Court's order sanctioning her. (Docs. 97, 101). Plaintiff intends to move to dismiss the appeal for lack of jurisdiction.**

Dated:  December 1, 2023

/s/ *Anita K. Balasubramanian*
Anita K. Balasubramanian
Georgia Bar No. 372029
abala@bbwmlaw.com
J. Kyle Brooks
Georgia Bar No. 773561
kbrooks@bbwmlaw.com
600 Peachtree Street NE
Suite 3900
Atlanta, GA 30308
Telephone: (404) 781-1100
Facsimile: (404) 781-1101
COUNSEL FOR PLAINTIFF

/s/ *Reginald Martin*
Reginald Martin
Office of the Chatham County Attorney
State Bar No.: 473277
P.O. Box 8161
Savannah, GA 31412
T:      912.652.7881
E:      rmartin@chathamcounty.org
FOR DEFENDANT CHATHAM COUNTY, GEORGIA

/s/ *G. Todd Carter*
G. Todd Carter
Brown, Readdick, Bumgartner, Strickland & Watkins LLP
State Bar No.: 113601
P.O. Box 220
Brunswick, GA 31521
T:      912.264.8544
E:      tcarter@brbcsw.com
FOR DEFENDANT PROSECUTING ATTORNEY'S COUNCIL OF GEORGIA

/s/ *Sean Keenan*
Sean Keenan
Georgia Bar No. 523871
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet LLP
Meridian II, Suite 2000
275 Scientific Drive Peachtree Corners, GA 30092
skeenan@cmlawfirm.com
FOR DEFENDANT SHALENA COOK JONES

/s/ *Mark A. Tate*
Mark A. Tate
Tate Law Group

Georgia Bar No. 698820
Tate Law Group, LLC
25 Bull Street, Floor 2
Savannah, GA 31401
[tlgservice@tatelawgroup.com](mailto:tlgservice@tatelawgroup.com)
FOR DEFENDANT SHALENA COOK JONES