IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SKYE MUSSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION:  4:22-cv-00124-RSB-CLR |
| v. | ) |
| | ) |
| SHALENA COOK JONES, in her individual | ) |
| and official capacities; CHATHAM | ) |
| COUNTY, GEORGIA; and the | ) |
| PROSECUTING ATTORNEYS' COUNCIL | ) |
| OF GEORGIA, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF NOTICE OF APPEAL**

Comes now Deendant herein and notifies the court of the defendant's withdrawal of notice of appeal.  Further, defendant intends to file for the court's consideration motion or motions addressing the sufficiency of plaintiff's pleadings including the sufficiency of her punitive damages claim as well as various other matters addressing the pleadings' sufficiency.

Deendant additionally intends to file a motion permitting discovery on the damages issue and attorney's fees sought and awarded.

These motions will be filed prior to the status conference scheduled for December 21, 2023. Dated this 14th day of December 2023.

TATE LAW GROUP, LLC

BY: /s/ Mark A. Tate
   Mark A. Tate
   Georgia Bar Number 698820
   tlgservice@tatelawgroup.com

25 Bull Street, 2nd Floor
Savannah, Georgia 31401
T.  (912) 234-3030

**CERTIFICATE OF SERVICE**

I hereby certify that I have forwarded a copy of the foregoing Notice of

Withdrawal of Notice of Appeal via email and ECF electronic service as follows:

Anita K. Balasubramanian
Buckley Bala Wilson Mew LLP
600 Peachtree Street NE, Suite 3900
Atlanta, Georgia 30308
abala@bbwmlaw.com

J. Kyle Brooks
Buckley Bala Wilson Mew LLP
600 Peachtree Street NE, Suite 3900
Atlanta, Georgia 30308
kbrooks@bbwmlaw.com

This the 14th day of December 2023.

TATE LAW GROUP, LLC

BY: /s/ Mark A. Tate
Mark A. Tate
Georgia Bar Number 698820
tlgservice@tatelawgroup.com

25 Bull Street, 2nd Floor
Savannah, Georgia 31401
T.  (912) 234-3030
F.  (912) 234-9700