# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13898

_____

SKYE ELLEN MUSSON,

Plaintiff-Appellee,

*versus*

SHALENA COOK JONES,
in her individual and official capacities,

Defendant-Appellant,

CHATHAM COUNTY, GEORGIA, et al.,

Defendants.

_____

2                  Order of the Court                  23-13898

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 4:22-cv-00124-RSB-CLR

_____

ORDER:

MOTION to withdraw as counsel filed by Attorneys Sean F. Keenan and Edward Greenblat for Appellant Shalena Cook Jones is GRANTED.

/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE