IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SKYE MUSSON, )<br>)<br>Plaintiff, )<br>) CIVIL ACTION NO.:<br>vs. )<br>) 4:22-cv-00124-RSB-CLR<br>SHALENA COOK JONES, in her individual )<br>and official capacities; CHATHAM )<br>COUNTY, GEORGIA; and the ) JURY TRIAL DEMANDED<br>PROSECUTING ATTORNEYS' COUNCIL )<br>OF GEORGIA, )<br>)<br>Defendants. ) | |

## STATUS REPORT

With the discovery period having now concluded in the above captioned case, the Parties make the following report to the Court.

I.   **DISCOVERY**

   A.   Is all discovery completed in this case?

   ☐ Yes      ☒ No

   - If "No", please list what discovery is remaining:

**Plaintiff wishes to take discovery on the assets of Shalena Cook Jones' office and Ms. Jones individually.**

   B.   Are there any discovery issues which have been or will be brought before the Court for resolution?

   ☒ Yes      ☐ No

   - If "Yes", please briefly explain:

**It is possible disputes might arise regarding the future discovery of assets of Defendant**

**Cook Jones and her office. Defendant Cook Jones will oppose all discovery that is directed at post judgment asset discovery which Plaintiff insists on conducting during the pre-judgement phase. Defendant Cook Jones will file such motions regarding discovery and to extend/re-open discovery as are necessary to protect her due process rights.**

II.   SETTLEMENT

    A.  Have the parties made efforts to resolve this case?

       ☒ Yes   ☐ No

- If "Yes", please explain those efforts:

**In addition to the efforts identified in the parties December 1, 2023 status report, the parties heard from DOAS in response to Plaintiff's counsel's last communication asking the agency to reconsider its position withdrawing coverage. DOAS has indicated it will not change its decision.**

    B.  Are the parties prepared to discuss settlement of this case with the Court at this time?

       ☒ Yes   ☐ No

- If "No", please explain:

  Click here to enter text.

    C.  Are there any third parties and/or lien holders that should be included in any settlement discussions for this case?

       ☐ Yes   ☒ No

- If "Yes", please list those parties:

    D.  The Parties propose the following agreed upon dates, prior to the deadline for filing motions, for conducting a status conference.  (*Please provide several dates for the Court's consideration in scheduling.  Regardless of whether the Parties seek to discuss settlement, the Court may require that each party have a representative with full settlement authority present*.)

**Counsel for all parties are available for a status conference with the Court on March 13,**

**2024.**

**Defendant Cook Jones will mediate at any reasonable time.**

### III.   MOTIONS

A. The Plaintiff(s) anticipate filing the following Motions:

- ☐ None
- ☒ Motion for Summary Judgment
- ☒ Motion to Exclude Expert Testimony
- ☐ Other Motion(s) (Except for Motions in Limine), please explain:

    Click here to enter text.

B. The Defendant(s) anticipate filing the following Motions:

- ☐ None
- ☒ Motion for Summary Judgment **(PAC and County)**.
- ☒ Motion to Exclude Expert Testimony
- ☐ Other Motion(s) (Except for Motions in Limine), please explain:

**If the Court does not grant the parties' motion to drop the County and PAC, these Defendants will move for summary judgment.**

### IV.   ADDITIONAL MATTERS

If there are any other matters regarding this case that the Parties seek to bring to the Court's attention at this time, please briefly explain:

Dated:  March 8, 2024

*/s/ Anita K. Balasubramanian*
Anita K. Balasubramanian
Georgia Bar No. 372029
abala@bbwmlaw.com

3

                                              J. Kyle Brooks
                                              Georgia Bar No. 773561
                                              kbrooks@bbwmlaw.com
                                              600 Peachtree Street NE
                                              Suite 3900
                                              Atlanta, GA 30308
                                              Telephone: (404) 781-1100
                                              Facsimile: (404) 781-1101
                                              COUNSEL FOR PLAINTIFF

<u>/s/ Reginald Martin</u>
Reginald Martin
Office of the Chatham County Attorney
State Bar No.: 473277
P.O. Box 8161
Savannah, GA 31412
T:      912.652.7881
E:      rmartin@chathamcounty.org
FOR DEFENDANT CHATHAM COUNTY, GEORGIA

<u>/s/ G. Todd Carter</u>
G. Todd Carter
Brown, Readdick, Bumgartner, Strickland & Watkins LLP
State Bar No.: 113601
P.O. Box 220
Brunswick, GA 31521
T:      912.264.8544
E:      tcarter@brbcsw.com
FOR DEFENDANT PROSECUTING ATTORNEY'S COUNCIL OF GEORGIA

<u>/s/ Mark A. Tate</u>
Mark A. Tate
Tate Law Group
Georgia Bar No. 698820
Tate Law Group, LLC
25 Bull Street, Floor 2
Savannah, GA 31401
tlgservice@tatelawgroup.com
FOR DEFENDANT SHALENA COOK JONES