UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SKYE MUSSON,                          )
                                      )
              Plaintiff,              )
                                      )
v.                                    )          CV422-124
                                      )
SHALENA COOK JONES,                   )
                                      )
              Defendant.              )

## ORDER

After Defendant Shalena Cook Jones issued subpoenas to non-parties Anthony Burton and Judge Louisa Abbot, Plaintiff sought an informal discovery dispute conference to attempt to resolve a dispute between the parties as to those subpoenas. *See* doc. 128. The Court held the conference on April 2, 2024. *See* doc. 131 (Minute Entry).[1] During the conference, counsel for Defendant expressly withdrew the subpoena issued to Anthony Burton, doc. 128-2. Therefore, only the subpoena issued to Judge Louisa Abbot remains at issue.

Defendant's subpoena commands Judge Abbot to appear for a deposition on April 11, 2024, and bring with her the documents described

---

[1] Since the Court held the requested conference, the Clerk is **DIRECTED** to **TERMINATE** the Motion for an Informal Discovery Dispute Conference. Doc. 128.

on Exhibit A.  *See* doc. 128-1 at 1.  During the conference, counsel for Defendant agreed to modify the document requests, expressly withdrawing items 1, 3, and 5 on Exhibit A.  *See* doc. 128-1 at 2.  Subject to that modification, any party or non-party seeking relief from or related to the subpoena issued to Judge Louisa Abbot is **DIRECTED** to file a motion no later than April 12, 2024.  Defendant is **DIRECTED** to respond to any motion by April 22, 2024.  Judge Abbot's compliance with the subpoena, including the deposition and the document production, is **STAYED** pending resolution of the anticipated motions practice.

     **SO ORDERED**, this 3rd day of April, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA