UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SKYE MUSSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV422-124 |
| ) | |
| SHALENA COOK JONES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Non-Party Chatham County, Georgia's ("Chatham County") Objections to and Motion to Quash Subpoena Duces Tecum and/or Request for Entry of a Protective Order. Doc. 181. The Court notes that Chatham County's Motion does not include a copy of the subpoena it seeks to quash. *See generally id.* No later than January 2, 2026, Chatham County is **DIRECTED** to supplement its Motion by filing a copy of the subpoena at issue.

**SO ORDERED**, this 29th day of December, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA